NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3067

LARRY M. DOW,

Petitioner,

v.

GENERAL SERVICES ADMINISTRATION,

Respondent.

Petition for review of the Merit Systems Protection Board in
SF3443020159-X-1.

ON MOTION

ORDER

Larry M. Dow moves without opposition for reconsideration of the court's January 15, 2009 order dismissing his petition for review for failure to submit a Fed. Cir. R. 15(c) statement concerning discrimination.

Dow has now submitted the Rule 15(c) form.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, the mandate is recalled, and the petition for review is reinstated. Dow's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

FEB 2 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael J. Kator, Esq.
Meredyth Cohen Havasy, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 6 2009

JAN HORBALY
CLERK